IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 08-CV-01237 (RMC) |

## STATUS REPORT

Pursuant to this Court's July 24, 2008 Order (Dkt #2), undersigned counsel for the respondents states the following status of this case:

On July 17, 2008, petitioner Hamoud Abdullah Hamoud Hassan Al Wady (ISN 574) filed the above-captioned habeas corpus petition (Dkt #1). The petition filed on behalf Al Wady in this case is a duplicate of an earlier-filed habeas petition in another case. Petitioner Al Wady has previously filed a habeas petition is *Al Halmandy et al v. Bush et al*, 05-CV-2385 (RMU), where petitioner is identified as petitioner Houmad Warzly. *See* Petition For Writ of Habeas Corpus ¶55 (Dkt #1). The same detainee should not be permitted to maintain two separate habeas petitions raising the same issues; accordingly, the petition in this case should be dismissed in favor of the previously-filed petition in *Al Halmandy*.

Dated: August 1, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

    */s/ Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470
Attorneys for Respondents