IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 08-CV-1237 (RMC) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of petitioner:

>CRAIG HARBAUGH
>Deputy Federal Public Defender
>Office of the Federal Public Defender
>321 East 2nd Street
>Los Angeles, Ca  90012
>(213) 894-7865; Facsimile: (213) 894-0081
>Email: Craig_Harbaugh@fd.org

>Respectfully submitted,

>SEAN K. KENNEDY
>Federal Public Defender

DATED: August 12, 2008                By   /s/ Craig Harbaugh
>CRAIG HARBAUGH (D.C. Bar No. 974117)
>CARLTON F. GUNN[1] (CA Bar No. 112344)
>Deputy Federal Public Defenders
>Office of the Federal Public Defender
>321 East 2nd Street
>Los Angeles, CA 90012-4202
>(213) 894-1700; Facsimile: (213) 894-0081
>Attorneys for Petitioner

---

[1] DFPD Gunn will separately file a notice of appearance once he obtains his Case Management - Electronic Case Filing login and password.