IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY,<br><br>  Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>  Respondents. | Civil Action No. 08-CV-1237 (RMC) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of petitioner:

    CARLTON F. GUNN
    Deputy Federal Public Defender
    Office of the Federal Public Defender
    321 East 2nd Street
    Los Angeles, Ca 90012
    (213) 894-7865; Facsimile: (213) 894-0081
    Email: Carlton_Gunn@fd.org

    Respectfully submitted,

    SEAN K. KENNEDY
    Federal Public Defender

DATED: August 12, 2008    By  /s/ CARLTON F. GUNN
    CARLTON F. GUNN (CA Bar No. 112344)
    CRAIG HARBAUGH (D.C. Bar No. 974117 )
    Deputy Federal Public Defenders
    Office of the Federal Public Defender
    321 East 2nd Street
    Los Angeles, CA 90012
    (213) 894-1700; Facsimile: (213) 894-0081
    Attorneys for Petitioner