# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMOUD ABDULAH HAMOUD HASSAN AL WADY,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 08-CV-01237 (RMU)(AK) |

## ORDER

Upon consideration of Petitioner Al Wady's Renewed Motion for Direct Contact with Client [87], the Respondents' Opposition [92], Petitioner's Reply [95], Respondents' Supplemental Filing [108], and Petitioner's Response [109] it is this _1st_ day of May, 2009, hereby

ORDERED that Respondents shall make a good faith effort to require that Mr. Al Wady be moved to a hearing room to meet with his designated counsel for the purpose of counsel explaining their role as counsel and his rights as a *habeas* petitioner and ultimately ascertaining whether his refusal of counsel is knowing and voluntary, but that at no time shall Respondents resort to forced cell extraction.  In the event that Petitioner, upon being shown and read the corresponding order of this date requiring him to meet with counsel for the purposes described therein, continue to refuse to leave his cell, the parties should so notify this Court within 72 hours.

SO ORDERED.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE